UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                             Case No. 09−31866
                                                  Chapter 7
Kenneth L. Roberts

    Debtor

**PURSUANT TO LBR 1017−1, THIS CASE MAY BE DISMISSED, WITHOUT FURTHER NOTICE, UNLESS A RESPONSE IS FILED AND SERVED UPON THE PARTY SERVING THIS NOTICE WITHIN 20 DAYS OF SERVICE OR THE INDICATED DEFICIENCIES ARE CURED. RESPONSES MUST BE FILED ELECTRONICALLY OR BY U.S. MAIL ADDRESSED TO:**

```
Clerk, U.S. Bankruptcy Court
One Church Street
Montgomery, AL 36104
```

## NOTICE OF DISMISSAL

Notice is hereby given that the debtor in the above referenced case has failed to:

- [x] Fully cure the deficiencies noted in the Notice of Deficiency filed and noticed shortly after the filing of the case.
- [ ] Pay the required filing fee in installments as directed in the Order Approving Payment of Filing Fee in Installments and/or pay the required filing fee in full within 120 days after the filing of the petition.

Unless a response to this notice is filed within 20 days of service or the deficiency is cured, the case may be dismissed without further notice. Responses must indicate cause as to why the case should not be dismissed and be filed electronically.

Dated: July 31, 2009

*/s/ Juan-Carl Guerrero*

JC Guerrero
Clerk, U.S. Bankruptcy Court