UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                             Case No. 09-31866-WRS
                                                  Chapter 7
KENNETH L. ROBERTS,

    Debtor

## ORDER DENYING APPLICATION FOR WAIVER
## OF FILING FEE

For the reasons set forth on the record on August 25, 2009, on the debtor's application for waiver of the Chapter 7 filing fee (Doc. 4), it is

ORDERED that the application is DENIED.

Done this 28th day of August, 2009.

                                            /s/ William R. Sawyer
                                            United States Bankruptcy Judge

c: Debtor
   Susan S. DePaola, Trustee